**No. 09-10733. Alvin Narce, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3437, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4899.

June 14, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 973 A.2d 733.

**No. 09-10735. David Delgado, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3437, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4919, █

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 324.

**No. 09-10736. Hector Cruz, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3437, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4890.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 595 F.3d 744.

**No. 09-10743. Elise M. Kinsey, Petitioner v. Department of Justice, et al.**

560 U.S. 976, 130 S. Ct. 3438, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4949.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-10746. Janison Veal, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3438, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4786.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 903.

**No. 09-10747. Desmond Dion Turner, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3438, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4889.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 365 Fed. Appx. 918.

**No. 09-10748. Clinton E. Burrowes, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3438, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4908.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10749. Jorge Baron, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3438, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4958.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.